IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINOSKA CALDERA, | No. 2:15-CV-2031-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On October 29, 2015, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. As of January 20, 2016, plaintiff had not complied and the court directed plaintiff to show cause why this action should not be dismissed.

A review of the docket reflects that defendant has been served.  Good cause appearing therefor, the January 20, 2016, order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: June 8, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE