**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NINOSKA CALDERA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

NINOSKA CALDERA,                                                    No.   2:15-cv-02031-CMK

        Plaintiff,

                                                                **MOTION AND ORDER FOR**
                                                                 **EXTENSION OF PLAINTIFF'S**
                                                                 **TIME TO FILE**
    v.                                                                    **MOTION FOR SUMMARY**
                                                                 **JUDGMENT**

**CAROLYN COLVIN, Acting**
  **Commissioner of Social Security,**

        Defendant.
_____/

     Plaintiff NINOSKA CALDERA moves the court for an extension of time to June 30, 2016, to file her motion for summary judgment. The brief is currently overdue approximately two weeks, but only two further weeks are requested. In the past several weeks plaintiff's attorney's workload has included two Ninth Circuit opening briefs and 10 hearings, for every one of which a multi-page prehearing brief was written, and which consumed another two or three hours each for the hearing, travel time, and client preparation; he faces a similar schedule

[Pleading Title] - 1

including another brief due for this Court approximately the day before this one was due, which was moved to June 24, an out-of-town hearing that will consume a day, a Ninth Circuit reply brief, and so on.

No prejudice accrues to plaintiff because this case concerns a potential closed period of disability years ago, and no prejudice accrues to defendant because delay legitimizes its failure to institute benefit payments to disability claimants.

Dated: June 15, 2016                           /s/   Jesse S. Kaplan
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to June 30, 2016.

SO ORDERED.

Dated:  June 15, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE