IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINOSKA CALDERA, | No. 2:15-CV-2031-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. A review of the docket reflects that defendant has notified the court regarding consent to proceed before a Magistrate Judge. Plaintiff, however, has not notified the court regarding consent. Pursuant to the court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired. As of October 13, 2016, plaintiff had not complied and the court directed plaintiff to show cause why the action should not be dismissed for failure to comply with court rules and orders. Plaintiff was warned that failure to respond to the order to show cause could result in dismissal of the entire action, both for failure to inform the court

1  regarding consent and failure to comply with the order to show cause.

2        To date, plaintiff has neither notified the court regarding consent nor otherwise
3  responded to the court's October 13, 2016, order to show cause.  Plaintiff shall now show cause
4  in writing, within 15 days of the date of this order, why the entire action should not be dismissed
5  for lack of prosecution and failure to comply with court rules and orders.  Plaintiff is cautioned
6  that failure to respond to this order will result in dismissal of the action.  <u>See</u> Local Rule 110.

7        IT IS SO ORDERED.

9  DATED: January 12, 2017

                                                           **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE