IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINOSKA CALDERA, | No. 2:15-CV-2031-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. A review of the docket reflects that plaintiff has informed the court regarding consent to Magistrate Judge jurisdiction. Accordingly, and good cause appearing therefor, the orders to show cause issued on October 13, 2016, and January 12, 2017, are hereby discharged.

IT IS SO ORDERED.


DATED: July 6, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1