| | |
|---|---|
| NINOSKA CALDERA, | No. 2:15-CV-2031-KJM-CMK |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On September 1, 2017, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

The court finds, after careful review, the findings and recommendations are neither sufficiently explained nor sufficiently supported by the record or case law for this court to determine if the proposed determination is correct as a matter of law. Accordingly, the court DECLINES to adopt the findings and recommendations and instead REMANDS the matter to the

1

magistrate judge for the preparation of a new document that fully explains his findings and recommendations and the reasons therefor. The parties shall have a new opportunity to file objections to those findings and recommendations once they are filed.

        IT IS SO ORDERED.

        This order resolves ECF No. 28.

DATED: September 29, 2017.

_____
UNITED STATES DISTRICT JUDGE